**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **BRANDI LASHAY MAXWELL** and **CORY DUANE MAXWELL** | **PLAINTIFFS** |
| **vs.** | **NO.** 1:26-CV-119-RPC-DAS |
| **NOVO NORDISK, INC.;** and **NOVO NORDISK A/S** | **DEFENDANTS** |

## COMPLAINT

### JURY TRIAL DEMANDED

Plaintiffs, Brandi Lashay Maxwell (Brandi") and Cory Duane Maxwell ("Cory") file this their Complaint against Defendants, Novo Nordisk, Inc. and Novo Nordisk A/S ("Defendants") as follows:

**I.     Parties.**

1.     Brandi is an adult resident citizen of the State of Mississippi who resides at 615 Van Buren Carolina, Nettleton, Mississippi.

2.     Brandi is an adult resident citizen of the State of Mississippi who resides at 615 Van Buren Carolina, Nettleton, Mississippi.

3.     Novo Nordisk, Inc. is a non-resident corporation which may be served with process via its agent for service of process - CSC - Lawyers Incorporating Service, 820 Bear Tavern Road, West Trenton, NJ 08628 or Novo Nordisk Inc., Legal Department, 800 Scudders Mill Road, Plainsboro, NJ 08536.

4.     Novo Nordisk A/S is a non-resident corporation located in Bagsvaerd, Denmark which may be served with process in accordance the Hague Service Convention.

## II.    Jurisdiction and Venue.

5.    This Court has jurisdiction and venue of this action pursuant to 28 U.S. Code §1332 as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.  Venue is proper in that the Maxwell's claims accrued in whole or in part in this District.

## III.    Facts.

6.    Background facts - Brandi and Cory adopt by reference ¶¶29-40; ¶¶70-77; ¶¶94-110; ¶¶225-601 of the Amended Master Long Form Complaint and Demand for Jury Trial filed in MDL 3094 now pending in the USDC for Eastern District of Pennsylvania [Doc. 481].

7.    Brandi began taking Ozempic in December, 2021.  Ozempic was and is designed (including providing warnings), sold, and marketed by Novo Nordisk Inc. and/or Novodisk A/S.

8.    On July 11, 2023, Brandi suffered a life threatening emergency and was taken to the hospital where it was determined her gall bladder needed to be removed. This was done on July 19, 2023.

## IV.    Claims.

### a.    Brandi.

9.    Brandi incorporates by reference paragraphs ¶¶1-8 herein.

10.    For the reasons stated, Brandi seeks recovery from the Novo Defendants under all theories enumerated in Miss. Code Ann.§11-1-63(a) (Supp. 2024).

11.    For the reasons stated, Brandi seeks punitive damages pursuant to Miss. Code Ann. §11-1-65 (Supp. 2025).

**b.**    **Cory.**

12.    At all times herein, Brandi and Cory were married.  For this reason, Cory asserts a claim for loss of consortium and for punitive damages.

**V.    Damages.**

**a.**    **Brandi.**

13.    For the reasons stated above, Brandi seeks all damages permitted by Mississippi law, including but not limited to compensation for medical and related bills, past, present and future medical expenses, loss of wages and income and wage earning capacity, and permanent scarring and disability.

14.    The actions and/or inactions of the Novo Defendants described above, caused or contributed to Brandi's injuries and injuries.

**b.**    **Cory.**

15.    As a result of the injuries to Brandi as described above, Cory lost Brandi's consortium and services, including but not limited to loss of society, companionship, love and affection; impaired sexual relations, loss of spousal support, aid and assistance, and loss of the performance of material household services.

**VI.    Punitive Damages.**

16.    For the reasons stated, Brandi and Cory are entitled to punitive damages.

WHEREFORE PREMISES CONSIDERED, Brandi and Cory demand the relief requested herein, along with such general and relief as they may be entitled to in the premises.  Brandi and Cory also demand such interest and costs as they may entitled to under law.

Dated this the 12th day of July, 2026.

Respectfully submitted,

 /s/ *Robert G. Germany*
ROBERT G. GERMANY

Of Counsel:

ROBERT G. GERMANY, MSB 4800
GERMANY LAW FIRM, PLLC
P.O. Box 1028
Madison, Mississippi 39130
Telephone: 601-487-0555
Facsimile: 601-487-1088
bob@bobgermanylaw.com